NOV 17 2010

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PHILLIP ASHDOWN,

    Plaintiff,

vs.

PRISON HEALTH SERVICES, *et al*,

    Defendants.

3: 10-cv-00164-ECR-VPC

**ORDER**

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 10, 2010, plaintiff filed a motion to extend the prison copywork limit. (Docket #7.) Plaintiff's motion is premature and speculative as he does not specify what documents require photocopies. Documents that plaintiff drafts may be written in duplicate with the use of carbon paper or by the simple means of preparing the document multiple times. Thus, the court finds that plaintiff has failed to demonstrate good cause to grant his motion.

**IT IS THEREFORE ORDERED** that plaintiff's motion to extend prison copywork limit (docket #7) is **DENIED** without prejudice. Should plaintiff demonstrate an actual present need in

1 the future, he may renew his request at that time with a specific indication of the documents needed
2 and their purpose.

5   DATED this 16th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE