AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

PHILLIP ASHDOWN,

       Plaintiff,

V.

PRISON HEALTH SERVICES, et al.,

       Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:10-CV-00164-ECR-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [36] is APPROVED AND ADOPTED. FURTHER ORDERED that Defendants' Motion to Dismiss [30] is GRANTED and that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| October 13, 2011 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |