UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| PHILLIP ASHDOWN, | ) | 3:10-CV-0164-ECR (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 28, 2011 |
| PRISON HEALTH SERVICES, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On October 13, 2011, the District Court dismissed this case without prejudice (#53), and judgment was entered accordingly (#54).  Plaintiff filed two motions for extension of the prison copywork limit (#s 55 & 56).  In one motion, plaintiff states that he needs copies for his appeal; however, he did not file a notice of appeal.  In the other motion, plaintiff states that he intends to refile this case after exhaustion of his administrative remedies.

This is case is closed.  If plaintiff wishes to litigate further, he must file a new action.  Plaintiff may request an extension of his copywork credit in the newly filed lawsuit.  The Clerk shall **SEND** plaintiff a form for filing a civil rights complaint for his use.

Plaintiff's motions for copies (#s 55 & 56) are **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
         Deputy Clerk